## Commonwealth ex rel. Guest, Appellant, v. Hendrick.

Submitted March 16, 1964. *William Edward Guest,* appellant, in propria persona; *Vincent C. Veldorale* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Hardy, Appellant, v. Rundle.

Submitted March 19, 1964. *Merle Ray Hardy,* appellant, in propria persona; *Clarence C. Newcomer,* First Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.
Order affirmed.